```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 13410
  WILLIAM BURFIELD
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-3034


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/27/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 07/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
*GMAC MORTGAGE CORP        CURRENT MORTG           .00         .00           .00
*GMAC MORTGAGE CORP        SECURED NOT I           .00         .00           .00
RESIDENTIAL CREDIT SLT     CURRENT MORTG           .00         .00           .00
RESIDENTIAL CREDIT SLT     SECURED NOT I     58321.06         .00           .00
RESIDENTIAL CREDIT SLT     UNSECURED        NOT FILED         .00           .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED         .00           .00
SUNTRUST MORTGAGE          NOTICE ONLY      NOT FILED         .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED         .00           .00
RESIDENTIAL CREDIT SLT     NOTICE ONLY      NOT FILED         .00           .00
PAUL R IDLAS               DEBTOR ATTY            .00                       .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                              --------------      --------------
TOTALS                               .00                   .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 13410 WILLIAM BURFIELD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
          CASE NO. 08 B 13410 WILLIAM BURFIELD
```